R. K. JAPHA, etc., Plaintiff-Appellant, v. PUBLIC SERVICE COMPANY OF NORTHERN ILLINOIS, et al., Defendants-Appellees.

No. 8228.

Circuit Court of Appeals, Seventh Circuit.

May 11, 1943.

Certiorari denied Oct. 11, 1943.

See 64 S.Ct. 62.

Irvin H. Weiss, of Chicago, Ill., for appellant.

Charles Weinfeld, and Howard D. Moses, both of Chicago, Ill., for appellees.

Before EVANS, KERNER, and MINTON, Circuit Judges.

PER CURIAM.

It is ordered and adjudged by this Court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from be, and the same is hereby, affirmed, with costs.